HEATHER E. WILLIAMS, CA SBN 122664
Federal Defender
REED GRANTHAM, CA SBN 294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
DAVID RAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DAVID RAY, <br><br> Defendant. | Case No. 1:20-cr-00125-DAD <br><br> **ORDER FOR RELEASE AND TRANSPORT TO TEEN CHALLENGE REEDLEY** |

IT IS HEREBY ORDERED that, having been sentenced to a term of credit for time served on his violations of the term of his supervised release, defendant David Ray (Fresno County Sheriff's JID: 7106255) shall be immediately released from the Fresno County Jail on Monday, June 14, 2021, no later than 1:00 p.m., to be transported to the Teen Challenge Reedley residential rehabilitation program, located at 42675 Rd 44, Reedley, CA 93654, for intake. To ensure his transport to Teen Challenge Reedley, the Fresno County Jail will only release Mr. Ray to Jodie Bryant. Ms. Bryant will then transport Mr. Ray directly to the Teen Challenge Reedley facility. However, if the Teen Challenge program requires an additional negative COVID-19 test result, Ms. Bryant is authorized to transport Mr. Ray to a clinic that provides such tests and then to transport Mr. Ray to the Teen Challenge facility after obtaining a negative COVID-19 test result. In the event that Mr. Ray is not admitted into the Teen Challenge program (as a result of a

positive COVID-19 test result), Ms. Bryant will transport Mr. Ray directly to the Fresno County Jail.

Defense counsel has been informed that Teen Challenge Reedley is expecting Mr. Ray's arrival at their facility no later than 5:00 p.m. on June 14, 2021, for intake and processing. The above release and transport details have been discussed with, and approved by, Mr. Ray's probation officer, Officer Laura Del Villar.

While enrolled in the program, Mr. Ray is ordered to participate and remain in the program until he satisfies the requirements of the residential program or until further order of this Court. During this time, Mr. Ray will remain subject to all terms and conditions of his supervised release previously ordered. If Mr. Ray voluntarily leaves the program at any time prior to completing the program, or if he is terminated from the program for any reason, he is ordered to immediately inform his probation officer and follow all instructions.

IT IS SO ORDERED.

Dated: **June 14, 2021**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE