Jeremy M. Dobbins, Esq. (SBN 320648)
LAW OFFICE OF JEREMY M. DOBBINS
1225 E. Divisadero, Third Floor
Fresno, California 93721
Telephone No.: (559) 306-6580
Facsimile No.: (559) 316-4070
Email: admin@jeremymdobbins.com

*Counsel for Plaintiff,* David Lee Ray



UNITED STATES DISRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-000125 |
|---|---|
| Plaintiff, | **ORDER FOR SUPERVISED RELEASE OF DEFENDANT, DAVID LEE RAY AND REFERRAL TO DELANCEY STREET FOUNDATION** |
| vs. | |
| DAVID LEE RAY, | |
| Defendant. | |

This matter came on regularly before the Court for hearing on June 21, 2022. Jeremy M. Dobbins, Law Office of Jeremy M. Dobbins, appeared for Defendant, David Lee Ray. The Court, having reviewed the moving papers on defendant's Motion for Bail Review and oral argument of counsel having been received, orders as follows:

1. Defendant, David Lee Ray is to be placed on supervised release for Thirty (30) months, Twenty Four (24) months of which he will spend at Delancey Street Foundation, located at 600 Embarcadero San Francisco, California 94107.

2. This order is to operate as a judicial referral for David Lee Ray to be admitted into the Delancey Street for the term of two-years (24 months).

3. Delancey Street is to cooperate with United States Probation Officer Laura Del Villar in terms of record keeping and accountability for David Lee Ray.

4. Delancey Street is to notify Probation Officer Laura Del Villar if David Lee Ray was to leave or be discharged from Delancey Street under conditions that violate the terms of his supervised release.

5. David Lee Ray is to be transported by two agents from MJN Investigations and Protection [CA-PPO License #120260], Agent James Omos and Agent Jesse Talamantez.

6. Agent James Omos and Agent Jesse Talamantez are to pick up David Lee Ray from Fresno County Jail, located at 2200 Fresno Street, Fresno, California 93721, and transport defendant to Delancey Street, located at 600 Embarcadero San Francisco, California 94107 on Tuesday June 28, 2022, at 9:00 AM.

7. Agent James Omos and Agent Jesse Talamantez are to wait at Delancey Street for defendant, David Lee Ray to be accepted or rejected after the intake process.

8. If David Lee Ray were to be rejected from Delancey Street, Agent James Omos and Agent Jesse Talamantez will immediately return defendant to the Fresno County Jail.

9. Defendant's supervised release is hereby extended to thirty (30) months, six months after his estimated completion of the two-year residential program at Delancey Street. The thirty months began on Tuesday June 21, 2022 by order of the court.

10. All other terms and conditions ORDERED in the June 15, 2022 proceeding are in full force and effect.

11. Defendant's sentencing hearing is scheduled for September 23, 2024.

IT IS SO ORDERED.

Dated: **June 23, 2022**

_____
UNITED STATES DISTRICT JUDGE