Jeremy M. Dobbins
Law Office Jeremy M. Dobbins
1225 E. Divisadero
Fresno, CA. 93721
Telephone: (559) 306-6580
Facsimile: (559) 316-4070

Attorney for Defendant DAVID LEE RAY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID LEE RAY,<br><br>Defendant. | No. 1:20-CR-00125-1-DAD<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF JEREMY M. DOBBIN S AS ATTORNEY OF RECORD AND ORDER <u>DENYING MOTION</u>** |

On MAY 2, 2022, Defendant DAVID LEE RAY'S initial detention hearing on federal charges was held. CJA Panel Attorney Jeremy M. Dobbins was appointed as trial counsel to represent Mr. Ray on April 27, 2022. in his criminal case. Mr. Ray's Bail Review hearing was heard on June 21, 2022 and subsequent sentencing. Having completed his representation of Mr. Ray's, CJA attorney Jeremy M. Dobbins now moves to terminate his appointment under the Criminal Justice Act.

///

///

///

///

Should Mr. Ray require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: January 21, 2025                          Respectfully submitted,


/s/ Jeremy M. Dobbins.

Attorney's Name, Attorney for
Defendant, DAVID LEE RAY

///
///
///
///
///
///
///
///
///
///

**ORDER**

Having reviewed the notice filed by counsel and reviewed the docket in this case, the motion to terminate defense counsel's representation is denied.  This case remains open with respect to the petition alleging a violation of the terms of defendant Ray's term of supervised release.  While defendant is currently in state custody there is an outstanding federal warrant in this case and the court has been informed that the U.S. Marshal has lodged a detainer on defendant Ray.  Accordingly, representation will not be terminated at this time.

IT IS SO ORDERED.

Dated:  **February 6, 2025**                    _Dale A. Drozd_

DALE A. DROZD
UNITED STATES DISTRICT JUDGE