SHARI RUSK (SBN 170313)
ATTORNEY AT LAW
916 2nd Ave.
2nd floor
Sacramento, CA. 95814
(916) 804-8656
rusklaw@att.net

Attorney for Defendant
DAVID LEE RAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>DAVID LEE RAY,<br><br>    Defendant. | CR.S.. **20-cr-00125 DAD**<br><br>STIPULATION AND ORDER TO CONTINUE DISPOSITIONAL HEARING<br><br>Court: Hon. Dale A. Drozd<br>Time: 9:30 a.m.<br>Date: July 28, 2025 |

    The United States of America through its undersigned counsel, James Conolly, Assistant United States Attorney, together with counsel for defendant DAVID LEE RAY, Shari Rusk, Esq., hereby agree to the following:

    This matter was previously set for a dispositional hearing on May 5, 2025. Counsel for defendant is undergoing eye surgery on May 1, 2025 and will be unavailable that week. Counsel is exploring options for lock down drug treatment and mental health counseling for defendant and requests additional time to work with probation. Therefore counsel requests July 28, 2025 for a dispositional hearing and that date is available with the Court. The government does not object to this request.

1

Dated:  April 27, 2025                /s/ Shari Rusk

                                                SHARI RUSK
                                                Attorney for Defendant
                                                DAVID LEE RAY


                                                /s/ James Connolly
                                                JAMES CONOLLY
                                                Assistant United States Attorney


Cc: Laura Del Villar, USPO

## **ORDER**

     Pursuant to the stipulation of the parties and good cause appearing, the dispositional hearing scheduled for May 5, 2025, is continued to July 28, 2025 at 9:30 a.m.

     IT IS SO ORDERED.

Dated:   **April 28, 2025**                    /s/ Dale A. Drozd
                                                     DALE A. DROZD
                                                     UNITED STATES DISTRICT JUDGE